FILED _____ ENTERED
LODGED _____ RECEIVED

SEP 01 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

93-CR-00271-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICKEY VALCUE POLK,<br><br>Defendant. | Case No. CR93-271-JCC<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

### INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 30, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Francis Franze-Nakamura, and defendant was represented by Bruce Erickson. Also present was U.S. Probation Officer Andrew Lorenzen. The proceedings were digitally recorded.

### SENTENCE AND PRIOR ACTION

Defendant was sentenced on December 3, 1993, by the Honorable John C. Coughenour for Possession with Intent to Distribute Cocaine. He received 262 months of detention and 10 years of supervised release. The detention portion of the sentence was later reduced to 210 months. Mr. Polk was originally released from custody on May 23, 2008, and began his 10 year term of

supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated August 19, 2011, U.S. Probation Officer Andrew Lorenzen alleged that defendant violated the following conditions of supervised release:

1. Failing to report the criminal disposition to the probation officer as directed in violation of standard condition #3.

2. Failing to report for drug testing as directed on or about July 5, 6, 21, 22, and August 11, 2011, in violation of the special condition of supervision.

3. Failing to notify the probation officer 10 days prior to a change of residence, on or before August 18, 2011, in violation of standard condition # 6.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

The government dismissed violations # 1 and #3. Defendant admitted to violation #2, and waived any hearing as to whether it occurred. The disposition date is to be arranged by counsel before Judge Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 30th day of August, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge